A091 (Rev. 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

APR 01 2011

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Glen DIAL
~~Steven Esteban~~ Esteban Steve ESPINOZA
(Ordered amended 4/1/11)
Luz RAMIREZ

**CRIMINAL COMPLAINT**

Case Number: C-11-451 M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ___3/31/2011___ in ___Kenedy___ County, in the
(Date)

Southern District of Texas, the defendant(s)         Glen DIAL
                                    Esteban Steve ~~Steven Esteban~~ ESPINOZA
                                              Luz RAMIREZ

did knowingly and intentionally conspire and agree together and with each other: to knowingly and intentionally possess with intend to distribute a controlled substance, that is approximately 567 kilograms of marijuana, a Schedule I Controlled Substance,

in violation of Title 21 United States Code 846

I further state that I am a(n) ___**Special Agent**___ and that this complaint is based on the following facts:
                                      Official Title

See Attached Affidavit of ICE Special Agent    **Rodney Breese**

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

Signature of Complainant

**Rodney Breese**
Printed Name of Complainant

Sworn to before me, signed in my presence and probable cause found on,

___April 1, 2011___        at        ___Corpus Christi, Texas___
Date                                    City and State

___Bryan Owsley   U.S. Magistrate Judge___
Name and Title of Judicial Officer        Signature of Judicial Officer

U.S. Department of Homeland Security

# Affidavit

On March 31, 2011, at approximately 1500 hrs, agents from the ASAC/Corpus Christi HSI office received information from Texas Parks and Wildlife concerning a suspicious vessel that was located at the Hubert Koffner boat ramp located in Riviera, TX. Officers from the Texas Parks and Wildlife Service told agents that they had made contact with the suspect vessel in order to conduct a regulatory inspection and while doing so noticed that there were irregularities in the decking of the suspect vessel. A canine unit from the Kingsville Task Force was contacted and responded to the scene. A subsequent free air sniff from the canine unit resulted in a positive alert to the hull of the suspect vessel. Further inspection by the Texas Parks and Wildlife officers revealed 156 bundles of marijuana weighing a total of 567 kgs of marijuana. The operator of the vessel, identified as Glen DIAL, and the passenger, identified as Johnny OWEN, were detained pending further investigation. The vessel, truck, and two subjects that had been detained were then transported to the Texas Parks and Wildlife office located in Riviera, TX for further processing.

Prior to the Texas Parks and Wildlife officers discovering the narcotics concealed within the hull of the vessel, agents from the Kingsville Task Force commenced surveillance of the park in order to determine if there were any other suspicious vehicles in the area. Initially agents did not observe any vehicles in the area, but as agents moved the vessel and truck to the Texas Parks and Wildlife Office, agents were able to identify a green Ford Expedition with two individuals inside following them towards the Texas Parks and Wildlife Office. Agents from the Task Force felt that this was suspicious and followed the vehicle to a secluded fishing area of the park. Upon arrival, agents from the Kingsville Task Force approached the individuals in order to identify them. The individuals were identified as Luz RAMIREZ and Steve ESPINOSA. Agents asked the individuals what they were doing at the park and they stated that they were there to go fishing but did not have any equipment to do so within their vehicle. After speaking with other agents from the Kingsville Task Force it was determined that ESPINOSA's truck had been observed at an earlier date towing the same boat trailer that was currently detained with the vessel that contained the narcotics. Agents felt that these individuals were connected and then detained RAMIREZ and ESPINOSA and transported them to the Texas Parks and Wildlife Office located in Riviera, TX. Upon arrival at the Texas Parks and Wildlife Office agents were able to determine that there had been numerous phone calls placed between the phones of RAMIREZ, ESPINOSA and DIAL. All of the subjects were then transported to the Kingsville Police Department for interviews.

Upon arrival at the Kingsville Police Department all four of the subjects were read their Miranda Warning which they each signed stating that they were willing to make a statement without the presence of an attorney.

The first subject that was interviewed was the operator of the vessel, Glen DIAL. DIAL stated that he and Johnny OWEN had travelled down to Roma, TX on the night prior to agents discovering the narcotics concealed within the vessel. Upon arrival in Roma, TX they had gone to a warehouse were the vessel was kept and met with Luz RAMIREZ. RAMIREZ had then told him that the vessel was not ready yet and took them to the Roma Hotel to wait until the following morning. At approximately 4:30 in the morning RAMIREZ arrived and took them back to the warehouse where the vessel was waiting with a truck and trailer. DIAL and OWEN then got in the truck and trailer and headed towards Port Mansfield, Texas where they were to launch the vessel and head to Riviera, TX. DIAL also stated that there was approximately $600.00 in the truck to cover fuel and expenses for the trip. DIAL went on to state that upon arrival in Riviera, TX another truck and trailer would be waiting and that he was to load the vessel on to the trailer and drive to Houston where he would be given directions by RAMIREZ as to where he was supposed to go. DIAL stated that this was his fifth trip smuggling narcotics to Houston and that he was to be paid approximately $9000.00 - $10,000 per trip. Agents asked DIAL as to what OWENs' role in the smuggling venture was and he stated that OWEN did not have any knowledge of the narcotics being concealed within the vessel but that if he were to become suspicious he would offer to pay him $500.00 - $1000.00 to be quiet. Agents then asked DIAL about Steve ESPINOSA and what his role in the smuggling venture was. DIAL explained that ESPINOSA had been to his mechanics shop and paid for repairs to the trailer on a prior trip and that on a couple of occasions ESPINOSA had paid for his trip down to Roma, TX to pick up the vessel and narcotics. DIAL also stated that he had made phone calls to both RAMIREZ and ESPINOSA during the smuggling venture to check in and let them know his status. The phone calls were verified by agents from the ASAC/CC HSI office.

An interview of Johnny OWEN verified the information that DIAL had given. OWEN stated that he was suspicious that there might be narcotics concealed within the vessel when they arrived in Roma, TX, but had no prior knowledge that there was. Owen then stated that upon arrival in Riviera, TX, prior to being approached by Texas Parks and

Wildlife, RAMIREZ and ESPINOSA had made contact with him and asked what had taken so long and if everything went OK. RAMIREZ then told OWEN to tell DIAL to meet them at the IHOP Restaurant in Kingsville, TX, but to take the long way there. No further exculpatory statements were made by OWEN.

Both RAMIREZ and ESPINOSA were interviewed but denied any knowledge or connection to the narcotics smuggling venture.

Assistant United States Attorney Lance Watt of the Southern District of Texas was contacted and agreed to accept prosecution of DIAL, RAMIREZ, and ESPINOSA for a violation of 21 USC 846, conspiracy with intent to distribute a schedule I controlled substance. The amount of marijuana and the actions of the suspect infers distribution. OWEN was released pending further investigation.

_____
Rodney Breese Special Agent
Homeland Security Investigations

SWORN AND SUBSCRIBED before me, this 1st day of April 2011.

_____
Honorable Bryan Owsley
United States Magistrate Judge